

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2014

No. 04-14-00816-CR

**IN RE** Jonathan L. **BOLDEN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

On November 24, 2014, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 2nd, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 20014CR0957, styled *The State of Texas v. Jonathan L. Bolden*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.